UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYLE BRAGG et al.,

                   Plaintiffs,

          - against -

AMERICAN GREEN BUILDING
SERVICES, INC.,

                   Defendant.

**ORDER**

22 Civ. 4258 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Plaintiffs bring this action against Defendant American Green Building Services, Inc., alleging violations of Section 301 of the Labor-Management Relations Act of 1947 (the "Taft-Hartley Act") and Sections 502(a)(3) and 515 of the Employee Retirement Income Security Act ("ERISA").  (Cmplt. (Dkt. No. 1) ¶¶ 1, 10-21)  Plaintiffs obtained a certificate of default as to Defendant on June 28, 2022 (Dkt. No. 8), and moved for a default judgment on August 4, 2022.  (Dkt. Nos. 11-13)  On October 11, 2022, the Court entered an order to show cause and scheduled a default hearing for October 20, 2022.  (Dkt. No. 14)

      It is not clear from the Complaint the basis on which this Court can exercise personal jurisdiction over the Defendant.  The Complaint pleads that Defendant is a Massachusetts corporation with its principal place of business in Massachusetts.  (Cmplt. (Dkt. No. 1) ¶ 6)  Accordingly, Plaintiffs will make a submission by **October 24, 2022 at 5:00 p.m.**, explaining the basis for this Court to exercise personal jurisdiction over the Defendant.  The hearing scheduled for October 20, 2022, is adjourned to **October 27, 2022, at 4:30 p.m.**

Dated:   New York, New York
            October 19, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge