UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYLE BRAGG et al.,

        Plaintiffs,

-against-

AMERICAN GREEN BUILDING
SERVICES, INC.,

        Defendant.

**ORDER**

22 Civ. 4258 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    WHEREAS Plaintiffs commenced this action on May 24, 2022, by filing the Complaint (Dkt. No. 1);

    WHEREAS Plaintiffs served Defendant on May 31, 2022 (Dkt. No. 5);

    WHEREAS the Defendant has not filed an answer, responded to the Complaint, or appeared in this action;

    WHEREAS Plaintiffs obtained a certificate of default against Defendant on June 28, 2022 (Dkt. No. 8);

    WHEREAS Plaintiffs moved for a default judgment, attorneys' fees, and costs on August 4, 2022 (Dkt. Nos. 11-13);

    WHEREAS this Court ordered Defendant to show cause on October 27, 2022 why a default judgment should not be entered against it (Dkt. Nos. 14, 16);

    WHEREAS Plaintiff served the Order to Show Cause on Defendant on October 13, 2022 (Dkt. No. 15);

WHEREAS Defendant filed no opposition to Plaintiffs' motion for a default judgment and did not appear at the October 27, 2022 hearing;

IT IS HEREBY ORDERED that an order of default is entered against Defendant.

IT IS FURTHER ORDERED that this matter is referred to Magistrate Judge Wang for a report and recommendation regarding Plaintiffs' request for damages, attorneys' fees, and costs. The Clerk of Court is directed <u>not</u> to close this case.

Dated: New York, New York
      October 27, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge