UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
KYLE BRAGG et al.,                                          :
                                                            :
                        Plaintiffs,                         :        22-CV-04258 (PGG) (OTW)
                                                            :
                -against-                                   :        ORDER
                                                            :
AMERICAN GREEN BUILDING SERVICES, INC.,                     :
                                                            :
                        Defendant.                          :
                                                            :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 28. Plaintiffs' motion to submit supplemental Affidavits and Proposed Findings of Fact and Conclusions of Law is **GRANTED**. Plaintiff's supplemental Affidavits and Proposed Findings of Fact and Conclusions of Law are due **August 21, 2023**. Defendant's response, if any, is due **September 21, 2023.**

Plaintiffs shall serve a copy of this Order on the Defaulting Defendant and file proof of service on the docket.

**SO ORDERED.**

Dated: July 20, 2023
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge